

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2021

No. 04-21-00086-CV

In the Interest of **B.V.**, R.V., R.V., and R.V., Minor Children

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2018FLC000678-C3
Honorable Victor Villarreal, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that Appellee recover all costs on appeal from Appellant.

It is so **ORDERED** on July 7, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2021.

_____
Michael A. Cruz, Clerk of Court